```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
     v.                         )    CRIMINAL ACTION NO.
                                )       2:10cr186-MHT
MILTON E. McGREGOR,             )           (WO)
RONALD E. GILLEY,               )
THOMAS E. COKER,                )
ROBERT B. GEDDIE, JR.,          )
LARRY P. MEANS,                 )
JAMES E. PREUITT,               )
QUINTON T. ROSS, JR.,           )
HARRI ANNE H. SMITH,            )
JARRELL W. WALKER, JR.,         )
and JOSEPH R. CROSBY            )
```

## JURY QUESTIONNAIRE ORDER

Because the jury questionnaires must be ready for mailing to potential jurors by early February 2011, it is ORDERED that any proposed jury-questionnaire questions must be filed by January 31, 2011. Counsel should keep in mind that the proposed questions should not be so numerous or so long as to be burdensome upon potential jurors responding to the questionnaires.

DONE this the 5th day of January, 2011.

```
                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE
```