IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10-cr-186-MHT |
| | ) | |
| RONALD E. GILLEY | ) | |

## ORDER

It is **ORDERED** that pursuant to the United States' *Motion to Revoke the Order of Pre-Trial Release* (Doc. 322, filed 1/6/11), a hearing is set for **Monday, January 31, 2011 at 10:00 a.m.** in **Courtroom 2F**, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 12th day of January, 2011.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE