IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | CR No. 2:10cr186-MHT |
| ) | |
| RONALD GILLEY, et al.         ) | |
| ) | |
| Defendants.         ) | |

**DEFENDANT RONALD GILLEY'S RESPONSE TO THE COURT'S JANUARY 11, 2011 ORDER REGARDING WIRETAP BINDERS**

Pursuant to the Court's January 11, 2011 Order (Document 335), Mr. Gilley responds that on January 14, 2011, the undersigned counsel produced to Mr. Coker's counsel a privilege log and redacted version of the two wiretap binders produced to him by the Government on December 14, 2010.

                                    Respectfully submitted,

                                    /s/ Thomas J. Butler_____
                                    G. Douglas Jones
                                    ASB-7790-T75T

OF COUNSEL:

G. Douglas Jones (ASB-3880-s82g)
Anil A. Mujumdar (ASB-2004-l65m)
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place
Birmingham, AL 35203
Phone:  (205) 251-1000
tb@hsy.com

Sandra Payne Hagood (ASB-0360-S73H)
7660 Fay Avenue
Suite H-526
LaJolla, CA 92307

Phone: 858-245-5741
sandra@hagoodappellate.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 14th day of January, filed the foregoing with the Clerk of Court via CM/ECF and an electronic copy of the same has been sent to the following:

Louis V. Franklin, Sr.
Assistant U. S. Attorney
131 Clayton Street
Montgomery, Alabama  36104
Louis.franklin@usdoj.gov

Stephen P. Feaga
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Steve.feaga@usdoj.gov

Peter J. Ainsworth
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue-NW 12th Floor
Washington, DC 20005
Peter.Ainsworth@usdoj.gov

Eric Olshan
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue-NW 12th Floor
Washington, DC 20005
Eric.olshan@usdoj.gov

Barak Cohen
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue-NW 12th Floor
Washington, DC 20005
Barak.cohen@usdoj.gov

Brenda Morris
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue-NW 12th Floor
Washington, DC 20005
Brenda.Morris@usdoj.gov

Emily Rae Woods
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue-NW 12th Floor
Washington, DC 20005
Rae.woods@usdoj.gov

Joe Espy, III
MELTON, ESPY & WILLIAMS, PC
P.O. Box Drawer 5130
Montgomery, AL 36103
jespy@mewlegal.com

William M. Espy
MELTON, ESPY & WILLIAMS, PC
P.O. Box Drawer 5130
Montgomery, AL 36103
wespy@mewlegal.com

Benjamin J. Espy
MELTON, ESPY & WILLIAMS, PC
P.O. Box Drawer 5130
Montgomery, AL 36103
bespy@mewlegal.com

Fred D. Gray
Waiter E. McGowan
GRAY, LANGFORD, SAPP
McGOWAN, GRAY, GRAY
& NATHANSON, P.C.
P.O. Box 830239
Tuskegee, AL 36083-0239
fgray@glsmgn.com
wem@glsmgn.com

Robert D. Segall
COPELAND, FRANCO, SCREWS &
GILL, P.A.
P.O. Box 347
Montgomery, Alabama 3610 1-0347
segall@copelandfranco.com

David Martin
COPELAND, FRANCO, SCREWS &
GILL, P.A.
P.O. Box 347
Montgomery, Alabama 3610 1-0347
martin@copelandfranco.com

Shannon Holliday
COPELAND, FRANCO, SCREWS &
GILL, P.A.
P.O. Box 347
Montgomery, Alabama 3610 1-0347
holliday@copelandfranco.com

Sam Heldman
THE GARDNER FIRM, P.C.
2805 31st Street NW
Washington, DC 20008
sam@heldman.net

Stewart D. McKnight
Baxley, Dillard, Dauphin, McKnight
& Barclift
2008 Third Avenue South
Birmingham, AL 35233
dmcknight@bddmc.com

Joel E. Dillard
Baxley, Dillard, Dauphin, McKnight
& Barclift
2008 Third Avenue South
Birmingham, AL 35233
jdillard@bddmc.com

William J. Baxley
Baxley, Dillard, Dauphin, McKnight
& Barclift
2008 Third Avenue South
Birmingham, AL 3523
bbaxley@bddmc.com

Brett M. Bloomston
Attorney at Law
1330 21st Way South, Ste 120
Birmingham, AL 35205
Brettbloomston!@hotmail.com

William N. Clark
Stephen W. Shaw
Redden Mills & Clark
505 North 20th Street, Suite 940
Birmingham, AL 35203
wnc@rmclaw.com
sws@rmclaw.com

Ron W. Wise
Attorney at Law
200 Interstate Park Drive, Suite 105
Montgomery, AL 36109
ronwise@aol.com

H. Lewis Gillis
Thomas Means Gillis & Seay
P.O. Drawer 5058
Montgomery, AL 36103
hlgillis@tmgslaw.com

Latasha M. Nickle
Thomas Means Gillis & Seay
P.O. Drawer 5058
Montgomery, AL 36103
lameadows@tmgslaw.com

Tyrone C. Means
Thomas Means Gillis & Seay
P.O. Drawer 5058
Montgomery, AL 36103
tcmeans@tmgslaw.com

| | |
|---|---|
| J. W. Parkrnan, III<br>Parkman, Adams & White<br>505 20th Street North, Suite 825<br>Birmingham, AL 35203<br>parkman@parkmanlawfirm.com | Joseph J. Basgier, III<br>Bloomston & Basgier<br>1330 21st Way South, Suite 120<br>Birmingham, AL 35235<br>joebasgier@gmail.com |
| Richard M. Adams<br>Parkman, Adams & White<br>505 20th Street North, Suite 825<br>Birmingham, AL 35203<br>adams@parkmanlawfirm.com | John M. Englehart<br>Englehart Law Office<br>9457 Alysbury Place<br>Montgomery, AL 36117-6005<br>jmenglehart@gmail.com |
| William C. White, II<br>Parkman, Adams & White<br>505 20th Street North, Suite 825<br>Birmingham, AL 35203<br>White@parkmanlawfirm.com | Joshua L. McKeown<br>The Cochran Firm Criminal Defense-Birmingham LLC<br>505 20th Street North<br>Suite 825<br>Birmingham, AL 35203<br>jmckeown@parkmanlawfirm.com |
| Susan G. James<br>Denise A. Simmons<br>Susan G. James & Associates<br>600 S. McDonough Street<br>Montgomery, AL 36104<br>sgjamesandassoc@aol.com<br>dsimlaw@aol.com | Jeffery Clyde Duffey<br>Law Office of Jeffery C. Duffey<br>600 South McDonough Street<br>Montgomery, AL 36104<br>jcduffey@aol.com |
| Thomas M. Goggans<br>Attorney at Law<br>2030 East Second Street<br>Montgomery, AL 36106<br>tgoggans@tgoggans.com | |
| Samuel H. Franklin<br>Jackson R. Sharman, III<br>LIGHTFOOT, FRANKLIN<br>& WHITE, L.L.C.<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203<br>sfrankln@lightfootlaw.com<br>jsharman@lighfootlaw.com | |

/s/ Thomas J. Butler_____
OF COUNSEL