IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA       )
                               )
     v.                        )    CRIMINAL ACTION NO.
                               )       2:10cr186-MHT
MILTON E. McGREGOR,            )          (WO)
RONALD E. GILLEY,              )
THOMAS E. COKER,               )
ROBERT B. GEDDIE, JR.,         )
LARRY P. MEANS,                )
JAMES E. PREUITT,              )
QUINTON T. ROSS, JR.,          )
HARRI ANNE H. SMITH,           )
JARRELL W. WALKER, JR.,        )
and JOSEPH R. CROSBY           )
```

ORDER

For the reasons stated on the record on February 4, 2011, it is ORDERED that the motions to preclude the government from introducing evidence at trial under Rule 404(b) (doc. nos. 360, 423, 431, 432, 435, and 457) are:

(1) Denied to the extent they seek to preclude the government from introducing any Rule 404(b) evidence at this time.

(2) Granted to the extent that, by February 11, 2011, the government is to produce (in the form of a motion or motions in limine) all Rule 404(b) evidence.

DONE this the 7th day of February, 2011.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE