IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )
     v.                    )    CRIMINAL ACTION NO.
                           )       2:10cr186-MHT
RONALD E. GILLEY           )          (WO)
```

ORDER

Based on the representations made during an on-the-record conference call today, it is ORDERED that the government show cause, if any there be, in writing by Sunday, February 27, 2011, as to why defendant Ronald E. Gilley's motion for revocation, etc. (doc. no. 639) should not be granted.

As the court stated during the call, it is concerned with, among other things, defendant Gilley's allegation in his motion that the circumstances of his incarceration are impairing his ability to prepare adequately for trial, including reviewing the wiretap recordings and other discovery.  This concern obtains even while the

court is considering defendant Gilley's motion. The court recognizes that the discovery in this case is substantial. The court therefore asked that counsel for both the government and defendant Gilley jointly look into this allegation immediately. Counsel for both the government and defendant Gilley are also DIRECTED to file with the court by noon on Thursday, February 24, 2011, a joint report as to what is being done, if anything, to assure that defendant Gilley is able to prepare adequately for trial while incarcerated. If the parties cannot agree on what to include in the report, then they can include separate statements in the report to that extent.

    DONE, this the 22nd day of February, 2011.

                                             /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE