IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. MCGREGOR,    ) | (WO) |
| RONALD E. GILLEY,      ) | |
| THOMAS E. COKER,       ) | |
| ROBERT B. GEDDIE, JR., ) | |
| LARRY P. MEANS,        ) | |
| JAMES E. PREUITT,      ) | |
| QUINTON T. ROSS, JR.,  ) | |
| HARRI ANNE H. SMITH,   ) | |
| JARRELL W. WALKER, JR., ) | |
| and JOSEPH R. CROSBY.  ) | |

## ORDER

This case is before the court on Milton E. McGregor's motion to compel (doc. no. 645). The motion raises two issues (unrelated to Title III) that could affect all defendants:

(1) <u>Recordings</u>: A timeline for the production, marking, and filing of all tapes to be used at trial; for making and filing 'audibility' objections; and for the briefing of those objections.

(2) <u>Transcripts</u>: A timeline for the production, marking, and filing of all transcripts of tapes to be used at trial; for making and filing objections based on 'accuracy'; for informal attempts at resolution, among the parties, of those objections, including filing joint new transcripts; and for the production, marking, and filing of 'counter-transcripts' when objections cannot be resolved as to the original transcripts.

It is therefore ORDERED that defendant Milton E. McGregor's motion to compel (doc. no. 645) is granted to the extent that a hearing is set for March 1, 2011, at 11:45 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, to discuss the above two matters.

Counsel for all trial defendants are to be present. Counsel should also have read, prior to the hearing, the following cases to the extent they relate to the above matters: <u>United States v. Onori</u>, 535 F.2d 938, 947 (5th

2

Cir. 1976); United States v. Wilson, 578 F.2d 67, 69-70 (5th Cir. 1978); United States v. Cruz, 765 F.2d 1020 (11th Cir. 1985); United States v. Williford, 764 F.2d 1493, 1503 (11th Cir. 1985); United States v. Garcia, 854 F.2d 1280 (11th Cir. 1988); United States v. Brown, 872 F.2d 385 (11th Cir. 1989); United States v. Trent, 306 Fed. Appx. 482 (11th Cir. 2009).

The government is to submit proposed timelines by February 28, 2011.

DONE this the 24th day of February, 2011.


　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE