IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
   v.                       )      2:10cr186-MHT
                            )           (WO)
RONALD E. GILLEY            )
```

### ORDER

It is ORDERED that defendant Ronald E. Gilley's appeal (motion for revocation of detention order) (Doc. No. 639) is set for oral argument on March 7, 2011, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

This is not an evidentiary hearing.  Indeed, one of the issues the parties should be prepared to address is whether the court should hold an evidentiary hearing.

DONE, this the 3rd day of March, 2011.

                                      /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE