IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr186-MHT |
| | ) | (WO) |
| RONALD E. GILLEY | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Ronald E. Gilley's motion to revoke or amend, etc. (Doc. No. 639) is granted as to the magistrate judge's holding that he violated the "no contact" condition of his pretrial release.

(2) Defendant Gilley's motion to revoke or amend, etc. (Doc. No. 639) is denied as to the magistrate judge's holding that he violated the "no additional criminal conduct" condition of his pretrial release.

(3) The government's motion to revoke, etc. (Doc. No. 322) is denied as to the "no contact" condition of defendant Gilley's pretrial release.

(4) The government's motion to revoke, etc. (Doc. No. 322) is granted as to the "no additional criminal conduct" condition of defendant Gilley's pretrial release.

(5) Defendant Gilley's pretrial release is revoked and he is detained pending trial, albeit with leave to file a motion for reconsideration as set forth in the companion opinion to this judgment.

DONE, this the 10th day of March, 2011.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE