IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                                   ) | |
|    v.                           ) | CRIMINAL ACTION NO. |
|                                   ) |   2:10cr186-MHT |
| MILTON E. McGREGOR,          ) |      (WO) |
| RONALD E. GILLEY,            ) | |
| THOMAS E. COKER,             ) | |
| ROBERT B. GEDDIE, JR.,       ) | |
| LARRY P. MEANS,              ) | |
| JAMES E. PREUITT,            ) | |
| QUINTON T. ROSS, JR.,        ) | |
| HARRI ANNE H. SMITH,         ) | |
| JARRELL W. WALKER, JR.,      ) | |
| and JOSEPH R. CROSBY.        ) | |

<u>ORDER</u>

With the understanding of the parties and the court as expressed in an "on-the-record" conference call held March 17, 2011, it is ORDERED that the joint motion to amend (doc. no. 756) the audio and transcripts order (Doc. No. 723) is granted.

DONE this the 17th day of March, 2011.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE