```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:10cr186-MHT
MILTON E. McGREGOR,         )           (WO)
RONALD E. GILLEY,           )
THOMAS E. COKER,            )
ROBERT B. GEDDIE, JR.,      )
LARRY P. MEANS,             )
JAMES E. PREUITT,           )
QUINTON T. ROSS, JR.,       )
HARRI ANNE H. SMITH,        )
JARRELL W. WALKER, JR.,     )
and JOSEPH R. CROSBY        )
```

ORDER

It is ORDERED that the government and each trial defendant are to file a brief (1) summarizing the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.  The government's brief is due 35 days before

the first day of jury selection.  The defendants' briefs are due 28 days before the first day of jury selection.

DONE this the 22nd day of March, 2011.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**