IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| v.    ) | CRIMINAL ACTION NO. |
| )  | 2:10cr186-MHT |
| MILTON E. McGREGOR,    ) | (WO) |
| RONALD E. GILLEY,    ) | |
| THOMAS E. COKER,    ) | |
| ROBERT B. GEDDIE, JR.,    ) | |
| LARRY P. MEANS,    ) | |
| JAMES E. PREUITT,    ) | |
| QUINTON T. ROSS, JR.,    ) | |
| HARRI ANNE H. SMITH,    ) | |
| JARRELL W. WALKER, JR.,    ) | |
| and JOSEPH R. CROSBY    ) | |

<u>ORDER</u>

It is ORDERED that defendant Quinton T. Ross, Jr.'s motion to extend deadlines (Doc. No. 795) is granted. Counsel for the government and defendant Milton E. McGregor have orally informed the court that they do not object. Defendant Ross notes in his motion that the remaining defendants do not object.

DONE, this the 22nd day of March, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE