IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
         v.                   )   CRIMINAL ACTION NO.
                              )      2:10cr186-MHT
MILTON E. McGREGOR,           )         (WO)
RONALD E. GILLEY,             )
THOMAS E. COKER,              )
ROBERT B. GEDDIE, JR.,        )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
QUINTON T. ROSS, JR.,         )
HARRI ANNE H. SMITH,          )
JARRELL W. WALKER, JR.,       )
and JOSEPH R. CROSBY          )
```

<u>AMENDED ORDER</u>

It is ORDERED that defendant Quinton T. Ross, Jr.'s

motion to extend deadlines (Doc. No. 795) is granted.

Counsel for the government and defendant Milton E.

McGregor have orally informed the court that they do not

object. Defendant Ross notes in his motion that the

remaining defendants do not object.  <u>The new deadlines</u>

<u>apply to all parties</u>.

DONE, this the 22nd day of March, 2011.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE