IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| RONALD E. GILLEY, | ) | |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

ORDER

It is ORDERED that defendant Milton E. McGregor's motion to amend scheduling order (Doc. No. 640) is granted to the extent that paragraph six of the scheduling order (Doc. No. 316) is amended to reflect that juror questionnaires will be made available to counsel for all parties two weeks prior to the first day of jury selection.

While the government opposes this motion (and is the only party to do so), the court nevertheless believes the motion has merit.

DONE this the 23rd day of March, 2011.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**