IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.  ) | 2:10cr186-MHT |
| ) | (WO) |
| RONALD E. GILLEY ) | |

## ORDER

Upon consideration of defendant Ronald E. Gilley's motion for partial reconsideration (Doc. No. 815), it is ORDERED that the government show cause, if any there be, in writing by March 29, 2011, as to why said motion should not be granted.

DONE, this the 24th day of March, 2011.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE