IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr186-MHT |
| | ) | (WO) |
| **RONALD E. GILLEY** | ) | |

### ORDER

The government having indicated that it has no objection and the court being independently of the opinion that defendant Ronald E. Gilley has shown "good cause," Fed. R. App. P. 4(b)(4), it is ORDERED that defendant Ronald E. Gilley's motion for an extension of time to file a notice of appeal (Doc. No. 814) is granted and that defendant Gilley is allowed an additional 30 days to file his notice of appeal.

DONE, this the 25th day of March, 2011.

                            /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**