IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr186-MHT |
| | ) | (WO) |
| **RONALD E. GILLEY** | ) | |

## ORDER

It is ORDERED that, on or before 5:00 p.m. on April 5, 2011, the government is to file a response to defendant Ronald E. Gilley's submission in further support of his motion for partial reconsideration of the detention order (Doc. No. 855).

DONE, this the 4th day of April, 2011.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE