IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| )                                | |
| v.                             ) | CRIMINAL ACTION NO. |
| )                                | 2:10cr186-MHT |
| MILTON E. McGREGOR,            ) | |
| RONALD E. GILLEY,              ) | |
| THOMAS E. COKER,               ) | |
| ROBERT B. GEDDIE, JR.,         ) | |
| LARRY P. MEANS,                ) | |
| JAMES E. PREUITT,              ) | |
| QUINTON T. ROSS, JR.,          ) | |
| HARRI ANNE H. SMITH,           ) | |
| JARRELL W. WALKER, JR.,        ) | |
| and JOSEPH R. CROSBY           ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) When, in any filing, a party refers to a hearing or evidence at a hearing or makes an assertion that the party contends is supported by evidence at a hearing, the party <u>shall indicate</u> the date of the hearing as well as the document number, page(s), and line(s) of the hearing transcript that supports the reference or assertion.

(2) When, in any filing, a party refers to a document or evidence in a document or makes an assertion that the

party contends is supported by a document, the party <u>shall indicate</u> the document number, page(s), and line(s) of the document that supports the reference or assertion.

(3) So that the filing reads smoothly, however, citations to transcripts and documents may, if the party so desires, be put in footnotes.

DONE, this the 5th day of April, 2011.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**