IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cr186-MHT |
| | ) | |
| RONALD E. GILLEY | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Ronald E. Gilley into the custody of Special Agent Keith Baker, Federal Bureau of Investigation, Special Agent John McEachern, Federal Bureau of Investigation, and/or any other Special Agent of the Federal Bureau of Investigation, from April 21, 2011, through May 31, 2011, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing said Special Agents to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 21st of April, 2011.

                          LANNY A. BREUER
                          Assistant Attorney General
                          Criminal Division
                          Attorney for the United States
                          Acting Under Authority of 28 U.S.C. § 515

                          JACK SMITH, Chief
                          Public Integrity Section

                          /s/Justin Shur
                          JUSTIN SHUR
                          Deputy Chief
                          Public Integrity Section
                          U.S. Department of Justice
                          1400 New York Avenue, N.W., 12th Floor
                          Washington, DC  20005
                          Phone: (202) 514-1412
                          Fax: (202) 514-3003

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cr186-MHT |
| | ) | |
| RONALD E. GILLEY | ) | |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on April 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    /s/Justin Shur
    JUSTIN SHUR