IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )  CRIMINAL ACTION NO.
     v.                       )     2:10cr186-MHT
                              )         (WO)
RONALD E. GILLEY              )
```

## ORDER

Based on the representations made in an on-the-record conference call held today, it is ORDERED that defendant Ronald E. Gilley is allowed a 24-hour furlough, with GPS monitoring, in order to be with a member of his immediate family during that family member's surgery tomorrow morning.  Counsel for both defendant Gilley and the government have agreed to the furlough.  The details of the furlough were set forth during the conference call.  The probation office is to make arrangements for the furlough.

DONE, this the 21st day of April, 2011.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE