IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:10cr186-MHT
                            )           (WO)
RONALD E. GILLEY            )
```

### ORDER

Defendant Ronald E. Gilley having orally requested, during an on-the-record conference call on April 21, 2011, a supplemental hearing, due to changed circumstances, on the issue of the revocation of his pretrial release, and the government having orally stated that it does not object to a supplemental hearing, it is ORDERED that a supplemental hearing on the issue of revocation of defendant Gilley's pretrial release is set for April 25, 2011, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 21st day of April, 2011.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE