IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL ACTION NO. |
| v.   ) | 2:10cr186-MHT |
| ) | (WO) |
| **RONALD E. GILLEY** ) | |

## ORDER

It is ORDERED that defendant Ronald E. Gilley's motion for in camera telephone conference (Doc. No. 970) is granted.

DONE, this the 21st day of April, 2011.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**