IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )       2:10cr186-MHT
MILTON E. McGREGOR,           )          (WO)
RONALD E. GILLEY,             )
THOMAS E. COKER,              )
ROBERT B. GEDDIE, JR.,        )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
QUINTON T. ROSS, JR.,         )
HARRI ANNE H. SMITH,          )
JARRELL W. WALKER, JR.,       )
and JOSEPH R. CROSBY          )
```

<u>ORDER</u>

It is ORDERED that, on or before April 27, 2011, the government is to file a response to the objections of defendants Milton E. McGregor, Joseph R. Crosby, and Thomas E. Coker (doc. nos. 933, 941 and 947) to the magistrate judge's order denying the motions made by these defendants, and others, to strike the

testimony given by government agents at the suppression hearings (doc. no. 859).

DONE, this the 22nd day of April, 2011.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE