IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )  CRIMINAL ACTION NO.
     v.                     )     2:10cr186-MHT
                            )         (WO)
RONALD E. GILLEY            )
```

### ORDER

Because the appeal in this case has not been docketed and because Federal Rule of Appellate Procedure 42(a) provides that, "Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal on the filing of a stipulation signed by all parties or on the appellant's motion with notice to all parties," it is ORDERED that defendant Ronald E. Gilley's motion for voluntary dismissal of his notice of appeal (Doc. No. 993) is granted and that defendant Gilley's notice of appeal (Doc. No. 977) is dismissed.

DONE, this the 25th day of April, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE