IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.         ) | 2:10cr186-MHT |
| ) | (WO) |
| RONALD E. GILLEY       ) | |

### ORDER

The government having changed its position to "no position" as to whether there is a condition or combination of conditions of release for defendant Ronnie E. Gilley that would assure the safety of the community; counsel for the government having stated in open court that "concerns about obstruction of justice are no longer there"; government counsel having further stated that the issue of whether defendant Gilley should be released was not a part of the plea negotiations; and it appearing to the court that defendant Gilley would no longer have a motive to tamper with witnesses since he is no longer going to trial, it is ORDERED as follows:

(1) Defendant Ronnie E. Gilley's motion for partial reconsideration (Doc. No. 815) is granted.

(2) The court finds that, with defendant Gilley's release, "there are conditions of release that will assure that [Gilley] will not ... pose a danger to the safety of any other person or the community," 18 U.S.C. § 3148(b), the only concern the court had about releasing defendant Gilley.

(3) The magistrate judge is to arrange for the release of defendant Gilley, pending sentencing, under the conditions agreed to in open court on April 25, 2011.

DONE, this the 25th day of April, 2011.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE