IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr186-MHT |
| | ) | (WO) |
| **RONALD E. GILLEY** | ) | |

## ORDER

The court has compiled a list of defendant Ronald E. Gilley's motions and objections that the court believes may be denied and overruled, respectively, as moot as a result of Gilley's plea of guilty and entry into a plea agreement. If the court has included motions and objections that should not have been included, Gilley need only file a motion, within seven days, to reinstate them and the court will do so.

Accordingly, it is ORDERED that the following objections, filed by defendant Ronald E. Gilley, are overruled as moot: objections to recommendations (Doc. Nos. 957, 958, and 959).

It is further ORDERED that the following motions, filed by defendant Gilley, are denied as moot: motions to

dismiss (Doc. Nos. 485, 488, 490, and 492), motion to suppress (Doc. No. 584), motion for order allowing additional peremptory strikes (Doc. No. 452), motion to exclude certain items of the government's proposed 404(b) evidence (Doc. No. 697), motion for order allowing submission of "theory of defense" proposed jury instructions at or near end of trial (Doc. No. 889), and motion to strike and to preclude the government from arguing that 18 U.S.C. § 666 does not require a quid pro quo (Doc. No. 956).

    DONE, this the 25th day of April, 2011.


                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**