```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )  CRIMINAL ACTION NO.
    v.                       )     2:10cr186-MHT
                             )         (WO)
RONALD E. GILLEY             )
```

## ORDER

It is ORDERED that the magistrate judge's recommendation regarding defendant Ronald E. Gilley's motion to dismiss for failure to inform the jury and motion to dismiss count one (Doc. No. 861) is withdrawn as moot.

DONE, this the 4th day of May, 2011.

```
                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE
```