IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| RONALD E. GILLEY | ) | (WO) |

OPINION AND ORDER

Upon consideration of the defendant Ronald E. Gilley's motion for early termination of supervised release (doc. no. 2549); based on the Probation Department's response (doc. no. 2555) describing Gilley's stable residence, employment, and compliance with all terms of supervision; based on the government's not opposing early termination; and after an independent and de novo review of record, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Ronald E. Gilley's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 18th day of March, 2019.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE